1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    ROMMEL B. VALERA,
10            Petitioner                    No. C 05-02568 JSW (PR)
11        v.                              **ORDER GRANTING MOTION
                                          FOR EXTENSION OF TIME TO**
12    CALIFORNIA SUPREME COURT,           **FILE ANSWER**
13            Respondent.                  **(Docket No. 9)**
     _____/
14
15        On July 20, 2007, Respondent filed a motion for an extension of time to file its answer,
16   and sought an extension of time until September 18, 2007.  On September 27, 2007, Respondent
17   filed an answer.  No traverse has been filed, and the docket indicates that Petitioner may have
18   been transferred shortly after the answer was filed.
19        Accordingly, it is HEREBY ORDERED that the request for an extension of time is
20   granted *nunc pro tunc* to September 27, 2007, and the Answer (Docket 10) shall be deemed
21   timely filed.  It is FURTHER ORDERED that Respondent is directed to re-serve Petitioner with
22   the answer at his current address (*see* Docket 12) and to file proof of such service with the
23   Court.
24   //
25   //
26   //
27   //
28   //

It is FURTHER ORDERED that Petitioner's traverse shall be due no later than thirty (30) days after re-service of the Answer.

**IT IS SO ORDERED.**

Dated:  March 4, 2008

_Jeffrey S White_

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VALERA,

          Plaintiff,

  v.

CALIFORNIA SUPREME COURT et al,

          Defendant.

_____/

Case Number: CV05-02568 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rommel B. Valera
T93689
Tallahatchie County Correctional Training Facility
415 U.S. Highway 49 North
Tutwiler, MS 38963

Dated: March 4, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk