IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROMMEL B. VALERA, | ) | No. C 05-2568 JSW (PR) |
| Petitioner, | ) | |
| | ) | **ORDER DENYING CERTIFICATE OF** |
| vs. | ) | **APPEALABILITY AND** |
| | ) | **INSTRUCTIONS TO THE CLERK** |
| A. P. KANE, Warden, | ) | |
| Respondent. | ) | (Docket No. 22) |
| | ) | |
| _____ | ) | |

Petitioner filed a pro se petition for a writ of habeas corpus challenging the constitutionality of his state conviction under 28 U.S.C. § 2254.  Following briefing, this Court denied Petitioner's application for a writ of habeas corpus on the merits. Petitioner has filed a notice of appeal and a motion for a certificate of appealability ("COA") (docket no. 22).

Upon the filing of a notice of appeal or a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted.  *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).  (citing 28 U.S.C. § 2253(c)(3)).   A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Accordingly, a certificate of

1    appealability is DENIED.  The Clerk of Court shall forward this order, along with the

2    case file, to the United States Court of Appeals for the Ninth Circuit.  Petitioner may also

3    seek a certificate of appealability from that court.  *See Asrar,* 116 F.3d at 1270.

4            IT IS SO ORDERED.

5    DATED:  January 6, 2009

6                                                JEFFREY S. WHITE
                                                United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VALERA,

            Plaintiff,

   v.

CALIFORNIA SUPREME COURT et al,

            Defendant.
_____/

Case Number: CV05-02568 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rommel B. Valera
T93689
Tallahatchie County Correctional Training Facility
415 U.S. Highway 49 North
Tutwiler, MS 38963

Dated: January 6, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk